# EXHIBIT C

# *INSTA* DOCK
## by Twin Bay Dock & Products



## *Insta* Dock Modular Dock System

- Vinyl or Wood Decking
- Dock Accessories
- Components

### Twin Bay Dock & Products, Inc.

982 E. Commerce Drive
Traverse City, MI 49685

Phone 231.943.8420
Fax 231.943.9440
www.twinbaydockproducts.com
info@twinbaydockproducts.com

# *INSTA* DOCK – Vinyl



**Weatherproof Vinyl with Welded Aluminum Support Assembly**

- Aluminum side rails with vinyl decking
- Dock sections: 40"x10' and 4'x10'
- Assembles with quick pins
- Available in Gray, Brown White, Tan, Michigan & Michigan  State
- 10 year pro-rated warranty on vinyl

**Available in: • 40"x10' • 4'x10'**

**Sturdy Craftsmanship**



**CEDAR**



Special Order

**Floating Dock**



**Rolling Dock**

2



## ADJUSTABLE DOCK LEGS
Heights:
1'-18"
2-4'
3-6'
4-8'

Raft available
in all colors
8x8', 8x12'



Raft Includes:
• Fold-up ladder
• Concrete Weight
• Chain



**Big Bird Deterrent**
Patent# •-•US8, 240, 094131



**Before**



**After**

3

# *INSTA* DOCK – Patios



**8' Patio**

**8' Patio includes:**
- 2-4'x10' Dock Sections
- 1-8' Patio Leg
- 1-Pair Angle
  Support Brackets
- 1-Side Rail
  Support Bracket
- 1-8' End Cap
- 1-4' End Cap

*\*Shown with optional 4 step stairs*



**12' Patio**

**12' Patio includes:**
- 3-4'x10' Dock Sections
- 2-12' Patio Legs
- 1-Pair Angle
  Support Brackets
- 2-Side Rail
  Support Brackets
- 1-12' End Cap
- 1-4' End Cap

**16' PATIO AVAILABLE SPECIAL ORDER!**

# *INSTA* DOCK – Accessories



**Stairs with handrails**
- 4 step (27" to 51")
- 6 step (41" to 65")
- 7 step (50" to 70")





**Ladders**
- 3 step
- 4 step
- 5 step
- 6 step

**Vinyl Bench**
*Available in all colors and cedar



5

# *INSTA* DOCK – Accessories




## Kayak Rack




## SUP Board Rack

## Kayak/SUP Board Rack








A. Corner Bumpers –
   gray, white, tan
B. Flag Pole Kits
C. Glo Cleats – 6" and 8"
D. 3' Side Bumper –
   gray, white, tan
E. Round Pole Bumpers –
   White & Gray

6

# *INSTA* DOCK – Components



## Side Rail Bracket
Used to support patio sections



## Starter Bracket
Used to connect first and second dock sections when an angle is needed from shore



## Post Cap
For the "finished look"



## Quick Pin
Quick assembly – replaces nuts and bolts



## Flag Pole Bracket
For securing upright poles to dock



## Stringer End Cap
For the "finished look"



## Angle Support Bracket
Used to support patio sections



## Round Pole Accessories
Pads, auger and round pole components. Poles can be ordered up to 12' length



## Corner Section
Optional



## Dock End Cap
For the "finished look", 40", 4-8-12' widths



## Eye Anchor
50" long, made of steel

7

